## (June 23, 1958)

■ DAYSOL METAL PRODUCTS CORPORATION, Appellant, v. GAYBRAND BAGS, INC., Respondent — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ GEORGE DE VEAU et al., Individually and as Members of Local 1346 of the International Longshoremen's Association (Ind.) and on Behalf cf All Other Members of Local 1346 of the International Longshoremen's Association (Ind.), Appellants, v. JOHN M. BRAISTED, JR., as District Attorney of Richmond County, Respondent.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of WALTER J. FALLON et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and NATHAN FISHER, Intervenor-Respondent. — Motion to dismiss appeal from an order dated July 19, 1957 renewed on the argument of the appeal by permission of this court. The motion is made on the ground that the appeal from the subsequent order dated January 30, 1958 rendered the appeal from the original order a nullity. Motion denied, without costs. The motion on which the order dated January 30, 1958 was entered was a motion for an order to reopen the proceeding before the board, for reargument of the board's motion for a final order sustaining the determination of the board, and for remission of the matter to the board, with leave to introduce additional evidence, for a rehearing, reconsideration and for the making of a new determination. The motion was akin to a motion to reopen the proceeding before the board on the ground of new facts or newly discovered evidence and was not merely a motion for reargument. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y. INC., Petitioner. LOUIS J. LAWRENCE, an Attorney, Respondent.— Motion to vacate order of disbarment entered May 28, 1956 granted, respondent reinstated, and his name ordered to be restored to the roll of attorneys. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.